UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
AUG 04 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA, )
)
*Plaintiff*, )
)
v. ) CAUSE NO. 1:20-CR-
) **1 : 2 0 -cr- 1 8 7   JRS -TAB**
KAIKAI ZHAO, )
)
*Defendant*. )

### **INDICTMENT**

#### **COUNT 1**
18 U.S.C. § 1546(a)
(Visa Fraud)

The Grand Jury charges that:

From on or about December 28, 2018, through the present, in the Southern District of Indiana and elsewhere, the defendant,

KAIKAI ZHAO,

knowingly uttered, used, attempted to use, possessed, obtained, accepted, and received a non-immigrant visa knowing the document to have been procured by means of any false claim and statement, otherwise procured by fraud, and unlawfully obtained;

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT 2
18 U.S.C. § 1001
(False Statement or Representation to a Department of the United States)

The Grand Jury further charges that:

On or about July 18, 2020, in Monroe County, within the Southern District of Indiana, the defendant,

**KAIKAI ZHAO,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to agents of the Federal Bureau of Investigation, by telling agents he had not met with officials from the Consulate of the People's Republic of China on July 17, 2020, when the said Kaikai Zhao, then and there, knew that he had, in fact, met with officials from the Consulate of the People's Republic of China on July 17, 2020;

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

███████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _(signed) K███ E. ███ For_
Matthew J. Rinka
Assistant United States Attorney