UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Cause No. 1:20-CR-0187-JRS-TAB ) |
| KAIKAI ZHAO, A/K/A ZHAO KAIKAI, | ) -01 ) ) |
| *Defendant*. | ) |

## MOTION TO DISMISS

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Indiana, and pursuant to Federal Rule of Criminal Procedure 48(a), with leave of the Court, dismisses the Indictment in this cause as to defendant Kaikai Zhao, A/K/A Zhao Kaikai, with prejudice, in the interests of justice.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

*s:/Matthew J. Rinka*
Matthew J. Rinka
Assistant United States Attorney
Deputy Criminal Chief, National Security Unit

## CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2021, a copy of the foregoing Motion to Dismiss was filed electronically. Notice of this filing was sent to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                By:   *s:/Matthew J. Rinka*
                                           Matthew J. Rinka
                                           Assistant United States Attorney
                                           Deputy Criminal Chief, National Security Unit