UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  *Plaintiff*, )<br>  )<br>  v. )<br>  )<br>  KAIKAI ZHAO, )<br>  A/K/A ZHAO KAIKAI, )<br>  )<br>  *Defendant*. ) | Cause No. 1:20-CR-0187-JRS-TAB<br><br>-01 |

### ORDER GRANTING LEAVE TO DISMISS INDICTMENT, PURSUANT TO RULE 48(a), FED.R.CRIM.P.

THIS MATTER is before the Court on the government's motion for leave to dismiss the Indictment in this cause, and this Court having reviewed the motion and being duly informed in the matter, it is hereby

ORDERED AND ADJUDGED that leave of Court is GRANTED for the government's dismissal of the Indictment in this cause.

It is further ORDERED AND ADJUDGED that this dismissal is WITH PREJUDICE.

SO ORDERED.

Date: 7/26/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of
record via CM/ECF.